**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**MICHAEL E. JACKSON,
ADC #88412**                                                                          **PLAINTIFF**

**V.**                                    **NO. 5:16-CV-29-BD**

**ESTELLA BLAND, et al.**                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 5th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE